THOMAS H. ZELLERBACH (SBN 154557)
tzellerbach@orrick.com
DIANA M. RUTOWSKI (SBN 233878)
drutowski@orrick.com
KRISTIN S. CORNUELLE (SBN 245728)
kcornuelle@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE, LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone:     650-614-7400
Facsimile:     650-614-7401

Attorneys for Plaintiff
TENTHBIT INC.

**IT IS SO ORDERED**
Judge Edward J. Davila
10/17/2012

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TENTHBIT INC., <br><br> Plaintiff, <br><br> v. <br><br> PAIR NETWORKS, INC., <br><br> Defendant. | Case No. 12-CV-01741-EJD <br><br> **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

NOTICE OF VOLUNTARY DISMISSAL PURSUANT
TO FED. R. CIV. P. 41(A)(1)(A)(I)

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff TenthBit Inc. hereby dismisses this action with prejudice in its entirety.

The Clerk shall close this file.

Dated: October 16, 2012

Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

/s/ Thomas H. Zellerbach
Thomas H. Zellerbach (SBN 154557)
tzellerbach@orrick.com
Diana M. Rutowski (SBN 233878)
drutowski@orrick.com
Kristin S. Cornuelle (SBN 245728)
kcornuelle@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE, LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone:     650-614-7400
Facsimile:     650-614-7401

Attorneys for Plaintiff TenthBit Inc.

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

NOTICE OF VOLUNTARY DISMISSAL PURSUANT
TO FED. R. CIV. P. 41(A)(1)(A)(I)

# DECLARATION OF SERVICE

I am more than eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, 1000 Marsh Road, Menlo Park, CA 94025. On October 16, 2012, I served the following document(s):

NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

| | |
|---|---|
| X | **(EMAIL)** By transmitting via electronic mail the document(s) listed above to the email addresses(s) set forth below on October 16, 2012. |
| X | **(U.S. MAIL)** By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Menlo Park, California addressed as set forth below on October 16, 2012. |

Adam S. Cashman
adamcashman@quinnemanuel.com
Quinn Emanuel Urquhart & Sullivan, LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Phone: (415) 875-6600
Fax: (415) 875-6700

Stanley D. Ference III
sference@ferencelaw.com
Ference & Associates LLC
409 Broad Street
Pittsburgh, PA 15143
Phone: (412) 741-8400
Fax: (412) 741-9292

Steven B. Larchuk
larchuk@larchuklaw.com
Larchuk Law Offices, P.C.
409 Broad Street, Suite 260
Village of Sewickley, PA 15143
Phone: (412) 749-1882
Facsimile: (412) 741-9292

Attorneys for Defendant pair Networks, Inc.

I am readily familiar with my firm's practice for collection and processing correspondence for electronic transmission and/or mailing in the United States Postal Service, to wit, that correspondence be electronically trasmitted and/or deposited with the United States Postal Service this same day in the ordinary course of business.

Executed on October 16, 2012 at Menlo Park, California. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

                                                   /s/ Karin Barnick
                                                   Karin Barnick